# Exhibit C

U.S. Patent 5,574,779

Cause No. 11-cv-0257

CLAIM CHART – Claim 6

The following table sets forth a representative claim chart of Synchronoss Technologies, Inc.'s infringement of at least Claim 6 of U.S. Patent 5,574,779. The table sets forth where each element of Claim 6 is found in this accused product. Unless otherwise indicated, each element is literally infringed by the accused product.

| Claim | Claim Language | Accused Product (CONVERGENCENOW® plus+) |
|---|---|---|
| 6 | **In an integrated network including a broadband network, a telephone network, an integrated service control point connected to both said broadband network and said telephone, network and a display at a user's remote location, a method of provisioning broadband or telephone services, comprising the steps of:** | **The accused product operates in an integrated network that includes a broadband network, a telephone network, an integrated service control point connected to the broadband network and the telephone network, and a display at a user's remote location. The Accused Product performs the method described below.**<br><br>The image to the right illustrates one integrated network environment [A] in which the accused product operates: |

Exhibit C – Page 1

| Claim | Claim Language | Accused Product (CONVERGENCENOW® plus+) |
|---|---|---|
| | **requesting information from a user via one or more graphical display interface menus;** | **The accused product requests information from a user via one or more graphical display interface menus.** The images to the right illustrate example graphical display interface menus [B] of the accused product that requests information from a user [C]. |

Exhibit C – Page 2

| Claim | Claim Language | Accused Product (CONVERGENCENOW® plus+) |
|---|---|---|
| | **receiving from said user one of broadband service information and telephone service information;** | **The accused product receives from the user broadband service information and/or telephone service information.**<br><br>The image to the right illustrates an example of a graphical user interface of the accused product which receives broadband service information (e.g., unlimited data (Email/Web)) [D] and telephone service information (e.g., Minutes) [E] from the user. |
| | **modifying a user's processing record if said user inputs telephone service information; and** | **The accused product modifies a user's processing record if user inputs telephone service information.**<br><br>The image to the right illustrates an example of the accused product prompting the user to modify the user's existing processing record [F] or new processing record in accordance with the user's selections from image above. |

Exhibit C – Page 3

| Claim | Claim Language | Accused Product (CONVERGENCENOW® plus+) |
|---|---|---|
| | **modifying a user's processing record if said user inputs broadband service information.** | **Plaintiff's product modifies a user's processing record if user inputs broadband service information.**<br><br>The image to the right illustrates an example of the accused product prompting the user to modify the user's existing processing record [G] or new processing record in accordance with the user's selections from image above. |

All images shown above were captured from Defendant's publicly available marketing materials, including one or more videos available at Defendant's website at the following URL: [http://www.sychronoss.com/Synch-CDNow-Demo-062910.html] .

Exhibit C – Page 4