# Exhibit D

U.S. Patent 5,883,946            Cause No. 11-cv-0257

CLAIM CHART – Claim 1

The following table sets forth a representative claim chart of Synchronoss Technologies, Inc. infringement of at least Claim 1 of U.S. Patent 5,883,946. The table sets forth where each element of Claim 1 is found in this accused product. Unless otherwise indicated, each element is literally infringed by the accused product.

| Claim | Claim Language | Accused Product (CONVERGENCENOW®) |
|---|---|---|
| 1 | A method for automatically processing a provisioning message for adding or modifying service requests provided by a telecommunications network, the provisioning message having customized call variable data related to the service request, and an identification code for a template corresponding to the service request, the method comprising the steps of: | The accused product performs the claimed method in the manner set forth more fully below.<br><br>Any of the recited components of the preamble that are necessary elements of the claim limitations are as recited below.<br><br>Components of the preamble that are not necessary elements of the claim limitations below are not limitations of the claim. |

| Claim | Claim Language | Accused Product (CONVERGENCENOW®) |
|---|---|---|
| | | [Figure: Two screenshots. Left image shows a selection panel with checkboxes for Wireless, Video, HSA, and Voice, with callout "B" pointing to the checked selections. Right image shows an XML document flowing between ABC Quad Carrier and ConvergenceNow, with callout "A" pointing to the XML document.] |
| | a) decoding the provisioning message to extract the identification code and customized call variable data; | **The accused product receives a "single order" [A] which equates to a provisioning message, the provisioning message includes information for adding or modifying one or more service requests [B] provided by a telecommunication network. The accused product decodes the provisioning message [A] to extract the identification code and customized call variable data for each service request [B].**<br><br>The two images on the right illustrate the selection of one or more services to be included in the creation of a provisioning message [A] that includes one or more service requests [B] based on the selection. Each service request is identified within the provisioning message by an identification code.<br><br>The second image on the right illustrates how "ABC creates a single order and transmits it to ConvergenceNow via a unified API." The "single order," which equates to the provisioning message [A], for adding or modifying service requests provided by the telecommunication network. |

| Claim | Claim Language | Accused Product (CONVERGENCENOW®) |
|---|---|---|
| | **Cont'd** | The first image on the right illustrates a portion of accused product (i.e., the Orchestration Manager of the ConvergenceNow® platform) decoding the provisioning message into individual components [C] of the unified order, each component corresponding to a service request. In this example, the service requests include wireless (e.g., telephone services), video, high speed access (HSA), and voice service requests.<br><br>The next image illustrates one service request [D] decoded into its constituent call variable data [E].<br><br>In this example, the customized call variable data includes "BrandX Java Phone" and "BXCP100." |

| Claim | Claim Language | Accused Product (CONVERGENCENOW®) |
|---|---|---|
| | | [Figure: diagram showing service request orders labeled F with arrows pointing to Orchestration Manager] |
| | **b) retrieving from a central memory the template corresponding to the extracted identification code; and** | **Plaintiff's product retrieves a template from a central memory corresponding to the extracted identification code.** |
| | | The image on the right illustrates discrete child orders [F] created for each of the service requests. |
| | | Each child order has a corresponding template. The template is retrieved from the CONVERGENCENOW® platform and corresponds to the extracted identification code for each service request. Each template is based on one of the disparate interfaces for one of the supported back-ends. |
| | | Plaintiff's marketing materials, entitled "Enabling Communications Convergence," states that "A unified API connecting to fragmented back-end converges disparate interfaces and drives efficiency throughout the order life-cycle." |

| Claim | Claim Language | Accused Product (CONVERGENCENOW®) |
|---|---|---|
| | c) automatically generating a service record for execution by the telecommunications network by inserting the extracted customized call variable data for corresponding call variables into the retrieved template in accordance with the provisioning message. | As shown in the image to the right, a portion of the acused product (e.g., the Orchestration Manager) automatically generates a service record (i.e., the child orders [F]) for execution by the telecommunication network.<br><br>As shown in the next image to the right, a portion of the accused product (i.e., the Workflow Manager of the ConvergenceNow® platform) evaluates service records (e.g., child orders) and determines whether the child order is now eligible to continue with automated provisioning.<br><br>The accused product has inserted the extracted customized call variable data for corresponding call variables into the retrieved template in accordance with the provisioning message. |

All images shown were captured from Defendant's publicly available marketing materials, including one or more papers and videos available at Defendant's website at the following URL:[http://www.sychronoss.com/Synch-ConvergenceNow-FullDemo.html].